**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JOSE WILLIAMS**                                                                                **PETITIONER**
**ADC#115281**

**V.**                                        **No.  5:09CV00386 SWW-JTR**

**RAY HOBBS, Director
Arkansas Department of Correction**                           **RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus, under 28 U.S.C. § 2254 (docket entry #2), is DISMISSED, WITH PREJUDICE.

Dated this 10th day of March, 2011.


                                                   /s/Susan Webber Wright

                                                   UNITED STATES DISTRICT JUDGE