# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JOSE WILLIAMS**                                                                                                  **PETITIONER**
**ADC#115281**

**V.**                                      **No.  5:09CV00386 SWW-JTR**

**RAY HOBBS, Director**
**Arkansas Department of Correction**                                              **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment was entered in favor of Respondent, and this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 10th day of March, 2011.

                                              /s/Susan Webber Wright
                                       UNITED STATES DISTRICT JUDGE